# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Anthony Criscuolo, <br><br> Plaintiff, <br> v. <br><br> First National Collection Bureau, Inc.; and DOES 1-10, inclusive, <br><br> Defendants. | Civil Action No.:  1:12-cv-11676-GAO |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against First National Collection Bureau, Inc. and Does 1-10, inclusive, with prejudice and without costs to any party.

| Anthony Criscuolo | First National Collection Bureau, Inc. |
|---|---|
| ___/s/ Sergei Lemberg_____ | __/s/ Steven S. Broadley_____ |
| Sergei Lemberg, Esq. <br> BBO No.: 650671 <br> LEMBERG & ASSOCIATES <br> 1100 Summer Street, 3rd Floor <br> Stamford, CT  06905 <br> (203) 653-2250 <br> Attorney for Plaintiff | Steven S. Broadley <br> BBO #542305 <br> POSTERNAK BLANKSTEIN & LUND LLP <br> Prudential Tower <br> 800 Boylston Street <br> Boston, MA 02199-8004 |

(617) 973-6136  
Attorney for Defendant

_____  
SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 16, 2013, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF), which sent a notice of such filing to the following:

Steven S. Broadley
POSTERNAK BLANKSTEIN & LUND LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-8004

                                                By  /s/ Sergei Lemberg
                                                    Sergei Lemberg